**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

November 5, 2020

MEMORANDUM TO COUNSEL

    Re:    *Erika Hernandez, et al. v. Woodstock Bar & Grill LLC, et al.*
                Civil Action No. CCB-18-1582

Dear Counsel:

    In light of the parties' prospective settlement, the pending motion to join a defendant and file an amended complaint (ECF 49) is Denied without prejudice to renewal if the settlement is not finalized.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                    Sincerely yours,

                                    /S/
                            Catherine C. Blake
                            United States District Judge